# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MATTIE HAMMOND,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-21-339-RAW- JAR |
| | ) |
| **OKLA. DEPT. OF CORRECTIONS, et al,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the court are the Findings and Recommendation of the United States Magistrate Judge, who recommended therein that the defendants' motion to dismiss be granted. No party has filed an objection to the Report and Recommendation. After review, the court will adopt the same.

It is the order of the court that the Findings and Recommendation are affirmed and adopted as the order of the court. Defendants' motion to dismiss (#22) is granted.

**ORDERED THIS 11th DAY OF JANUARY, 2024.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**